UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID D. LEE,

        Petitioner,

   v.

LELAND McEWEN, Warden,

        Respondent.
                                 /

No. C 12-5299 SI (pr)

**ORDER OF TRANSFER**

    David D. Lee, an inmate at the Calipatria State Prison in Imperial County, has filed a petition for writ of habeas corpus to challenge his conviction from the Sacramento County Superior Court. Imperial County lies within the venue of the Southern District of California and Sacramento County lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: October 19, 2012

                                                  SUSAN ILLSTON
                                              United States District Judge